# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00764-CV

**John Rady, Appellant**

**v.**

**BAC Home Loans Servicing, LP; and Mortgage Electronic Registrations System, Inc., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GN-11-001425, HONORABLE GUS J. STRAUSS, JR., JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

On March 8, 2013, this Court sent notice to appellant John Rady that the clerk's record and reporter's record were due in this Court on December 19, 2012, and that notice was received from the district clerk that no payment had been received or arrangements made for payment for the clerk's record. This Court requested that appellant make arrangements for the record and submit a status report. Appellant was notified that his appeal would be dismissed for want of prosecution if he did respond to this Court by March 18, 2013. To date, Rady has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   April 19, 2013